IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | |
|---|---|
| Randy P. Hope,  )<br>  )<br>　　　　Plaintiff,  )<br>  )<br>vs.  )<br>  )<br>Rock Hill School District III; Rebecca  )<br>B. Partlow; Michael Cox; and Al  )<br>Leonard,  )<br>  )<br>　　　　Defendants.  )<br>  ) | C/A No.: 0:15-2330-JFA-SVH<br><br><br><br><br>REPORT AND RECOMMENDATION |

This matter comes before the court on plaintiff's failure to effect service of the summons and complaint on the defendants. A review of the docket in this case reveals no evidence that plaintiff has effected service on defendants. The summons was issued on July 28, 2015, and it expired on November 30, 2015. [ECF No. 16]. Rule 4(m) of the Federal Rules of Civil Procedure provides, in pertinent part, as follows:

> If a defendant is not served within 120 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time.

Fed. R. Civ. P. 4(m).

On December 9, 2015, the undersigned issued an order notifying plaintiff that if he failed to show cause by December 22, 2015, for his failure to effect service of the summons and complaint on the defendants, this action would be recommended for dismissal without prejudice. [ECF No. 18]. Notwithstanding the order, plaintiff has failed to show cause or file proof of service to the court pursuant to Fed. R. Civ. P. 4(l). As

such, it appears to the court that he wishes to abandon this action. Based on the foregoing, the undersigned recommends this action be dismissed without prejudice for failure to comply with Fed. R. Civ. P. 4 and for failure to prosecute pursuant to Fed. R. Civ. P. 41(b).

IT IS SO RECOMMENDED.

*Shiva V. Hodges*

December 23, 2015
Columbia, South Carolina

Shiva V. Hodges
United States Magistrate Judge

**The parties are directed to note the important information in the attached "Notice of Right to File Objections to Report and Recommendation."**

**Notice of Right to File Objections to Report and Recommendation**

The parties are advised that they may file specific written objections to this Report and Recommendation with the District Judge. Objections must specifically identify the portions of the Report and Recommendation to which objections are made and the basis for such objections. "[I]n the absence of a timely filed objection, a district court need not conduct a de novo review, but instead must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.'" *Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310 (4th Cir. 2005) (quoting Fed. R. Civ. P. 72 advisory committee's note).

Specific written objections must be filed within fourteen (14) days of the date of service of this Report and Recommendation. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); *see* Fed. R. Civ. P. 6(a), (d). Filing by mail pursuant to Federal Rule of Civil Procedure 5 may be accomplished by mailing objections to:

> Robin L. Blume, Clerk
> United States District Court
> 901 Richland Street
> Columbia, South Carolina 29201

**Failure to timely file specific written objections to this Report and Recommendation will result in waiver of the right to appeal from a judgment of the District Court based upon such Recommendation.** 28 U.S.C. § 636(b)(1); *Thomas v. Arn*, 474 U.S. 140 (1985); *Wright v. Collins*, 766 F.2d 841 (4th Cir. 1985); *United States v. Schronce*, 727 F.2d 91 (4th Cir. 1984).