IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | |
|---|---|
| Randy Hope, | C/A No.: 0:15-2330-JFA-SVH |
| Plaintiff, | |
| vs. | ORDER |
| Rock Hill School District III; Rebecca B. Partlow; Michael Cox; and Al Leonard, | |
| Defendants. | |

Plaintiff, proceeding pro se, brought this action alleging race discrimination against his former employer, Rock Hill School District III, and individual defendants Rebecca B. Partlow, Michael Cox, and Al Leonard Manuel ("Individual Defendants"). Individual Defendants filed a motion to dismiss on February 15, 2016. [ECF No. 31]. As Plaintiff is proceeding pro se, the court entered an order pursuant to *Roseboro v. Garrison*, 528 F.2d 309 (4th Cir. 1975), on February 16, 2016, advising him of the importance of the motion and of the need for him to file an adequate response by March 21, 2016. [ECF No. 33]. Plaintiff was specifically advised that if he failed to respond adequately, Individual Defendants' motion may be granted.

Notwithstanding the specific warning and instructions set forth in the court's *Roseboro* order, Plaintiff has failed to respond to Individual Defendants' motion. As such, it appears to the court that he does not oppose the motion and wishes to abandon this action against Individual Defendants. Based on the foregoing, Plaintiff is directed to

advise the court whether he wishes to continue with this case against Individual Defendants and to file a response to Individual Defendants' motion to dismiss by April 8, 2016. Plaintiff is further advised that if he fails to respond, the undersigned will recommend that his claims against Individual Defendants be dismissed for failure to prosecute. *See Davis v. Williams*, 588 F.2d 69, 70 (4th Cir. 1978); Fed. R. Civ. P. 41(b).

    IT IS SO ORDERED.

*Shiva V. Hodges*

March 25, 2016　　　　　　　　　　　　Shiva V. Hodges
Columbia, South Carolina　　　　　　　United States Magistrate Judge

2