IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | |
|---|---|
| Randy P. Hope,                                ) | C/A No.: 0:15-2330-JFA-SVH |
|                                                       ) | |
| Plaintiff,               ) | |
|                                                       ) | |
| vs.                                                ) | |
|                                                       ) | ORDER |
| Rock Hill School District III; Rebecca ) | |
| B. Partlow; Michael Cox; and Al     ) | |
| Leonard,                                      ) | |
|                                                       ) | |
|                                                       ) | |
| Defendants.          ) | |
|                                                       ) | |

This matter comes before the court on the motion of Rock Hill School District III, Rebecca B. Partlow, Michael Cox, and Al Leonard (collectively "Defendants") to compel Randy P. Hope ("Plaintiff") to respond to Defendants' First Set of Interrogatories and First Set of Requests for Production served on Plaintiff on March 14, 2016. [ECF No. 40]. The motion indicates that the discovery requests were duly served and that full and complete responses have not been made within the time prescribed by Fed. R. Civ. P. 26. Counsel for Defendants requested responses from Plaintiff by letter dated April 20, 2016. [ECF No. 40-2]. Counsel for Defendants represents that as of May 11, 2016, Plaintiff had not answered or responded to the discovery requests. [ECF No. 40 at 1].

In light of the foregoing, the court grants Defendants' motion to compel. Plaintiff is directed to provide responses to the discovery requests by May 26, 2016. Because Plaintiff failed to timely respond to the discovery, any and all objections are deemed waived under Fed. R. Civ. P. 33(b)(4).

IT IS SO ORDERED.

May 12, 2016  
Columbia, South Carolina

Shiva V. Hodges  
United States Magistrate Judge